UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Safdie,

                              Plaintiff(s),                                **O R D E R**

            -against –                                          7:22-CV-06168 (CS)

I. C. System, Inc.,

                              Defendant(s).
--------------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within sixty (60) days of the date of this order,

Plaintiff may apply by letter within the sixty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated:  January 17, 2023

      White Plains, New York


_____
      CATHY SEIBEL, U.S.D.J.